PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.

Charles FULTON, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 19, 1923.) No. 6572. In Error to the District Court of the United States for the District of Nebraska. Hazlett, Jack & Laughlin, of Beatrice, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, per stipulation of parties.

W. M. HARMER, as Trustee, etc., Petitioner, v. Alois MAROO. (Circuit Court of Appeals, Eighth Circuit. January 12, 1924.) No. 251. Petition to Revise Order of the District Court of the United States for the District of Minnesota. H. J. Edison, of Kasson, Minn., for petitioner. P. H. Hackett, of Claremont, Minn., for respondent.

PER CURIAM. Petition to revise dismissed, without costs to either party in this court, per stipulation of parties. See, also, 294 Fed. 1018.

W. M. HARMER, as Trustee, etc., Petitioner, v. Alois MAROO et al. (Circuit Court of Appeals, Eighth Circuit. January 12, 1924.) No. 252. Petition to Revise Order of the District Court of the United States for the District of Minnesota. H. J. Edison, of Kasson, Minn., for petitioner. P. H. Hackett, for respondent.

PER CURIAM. Petition to revise dismissed, without costs to either party in this court, per stipulation of parties. See, also, 294 Fed. 1018.

Gus HARTMAN, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 10, 1923.) No. 6218. In Error to the District Court of the United States for the Southern District of Iowa. John D. Denison, of Des Moines, Iowa, and George W. Potts, of Ft. Madison, Iowa, for plaintiff in error. Ralph Pringle, U. S. Atty., of Red Oak, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error and consent of plaintiff in error.

Edward L. HICKS, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. January 7, 1924.) No. 6236. In Error to the District Court of the United States for the Eastern District of Missouri. Horace L. Dyer, of St. Louis, Mo., for plaintiff in error. Allen Curry, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, for want of prosecution, on motion of counsel for defendant in error.

Frank HODGES, Executor, etc., Appellant, v. Josephine E. SMALLEY, Executrix. (Circuit Court of Appeals, Eighth Circuit. February 5, 1924.) No. 6421. Appeal from the District Court of the United States for the District of Kansas. Fred Robertson, of Kansas City, Kan., and S. D. Scott, of Olathe, Kan., for appellant. J. L. Smalley, of Kansas City, Kan., for appellee.

PER CURIAM. Appeal dismissed, with costs, on joint motion of parties.